IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER STANLEY, JERRY CLOSE, CHARLES F. TAYLOR, JR., GLEN MAZOFF, PETE KURTZ, TERRY L. SHUBERT, CHARLES F. TAYLOR, III, JACK L. TAYLOR, ROBERT MCMUNN, WILLIAM TAYLOR, BILL CROYLE, VINCENT KOVALCHIK, RAY CUNNIGHAM and NANCY IRWIN, Executrix of the Estate of CHARLES IRWIN SR.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO CLC, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 5, LAUREN WARD also known as LARRY WARD, VERNON C. FORDYCE also known as CHRIS FORDYCE, RICHARD DUNKEL, Business Agent of Local 5, JOHN CHALOVICH, Business Agent of Local 5, DENNY EICKER, Business Agent of Local 5, FRANK GALLAGHER, retired Business Agent of Local 5, DAVE CORNELIUS, retired Business Agent of Local 5, RON DUNKEL, retired Business Agent of Local 5, MICHAEL R. DUNLEAVY, as President of Local 5, WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES INSURANCE TRUST FUND,<br><br>　　　　　　　Defendants. | 2:05-cv-68 |

**ORDER OF COURT**

AND NOW, this 19th day of September, 2005, after the Plaintiffs filed an amended complaint in the above captioned action, and after the Defendants moved to dismiss the amended complaint for failure to state a viable claim, and after a Report and Recommendation was issued by United States Magistrate Judge Robert C. Mitchell and the parties were granted ten (10) days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the Plaintiffs, as well as the responses to those objections submitted by the

Defendants which responses are found to have merit, and after independent review of the pleadings, and Magistrate Judge Mitchell's Report and Recommendation, which is adopted as the Opinion of this Court,

It is **ORDERED** that the motion to dismiss filed by Defendant Western Pennsylvania Electrical Employees Insurance Trust Fund (Document No. 27) is **GRANTED**, that the motion to dismiss filed by Defendant International Brotherhood of Electrical Workers, AFL-CIO-CLC (Document No. 35) is **GRANTED**, and that the motion to dismiss submitted by Defendants International Brotherhood of Electrical Workers, Local 5, Richard Dunkel, John Chalovich, Denny Eicker, Frank Gallagher, Dave Cornelius, Ron Dunkel and Michael Dunleavy (Document No. 33), joined in by Defendants Lauren Ward and Vernon Fordyce per their motion to dismiss (Document No. 37), is **GRANTED** as to the Plaintiffs' federal law causes of action, and the Court declines to exercise supplemental jurisdiction over the Plaintiffs' remaining state law causes of action.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Peter M. Suwak, Esquire
Email: pmsuwakesq@comcast.net

Jerome Hahn, Esquire
26 West Chestnut Street
Washington, PA 15301

Marianne Oliver, Esquire
Email: moliver@lawgcl.com

Jonathan D. Newman, Esquire
Robert D. Kurnick, Esquire
Sherman, Dunn, Cohen, Leifer & Yellig
900 Seventh Street, NW - Suite 1000
Washington, DC 20001

Joshua M. Bloom, Esquire
Email: bloomjoshua@hotmail.com

Patrick K. Nightingale, Esquire
Email: jnklaw@comcast.net

Jeffrey J. Leech, Esquire
Email: jleech@tuckerlaw.com

Neil J. Gregorio, Esquire
Email: ngregorio@tuckerlaw.com